1  Kathryn Rosen, WSBA #29465
2  katierosen@dwt.com
   John Hodges-Howell, WSBA #42151
3  johnhodgeshowell@dwt.com
   DAVIS WRIGHT TREMAINE LLP
4  920 Fifth Avenue, Suite 3300
5  Seattle, WA  98104-1610
   (206) 622-3150 Telephone
6  (206) 757-7700 Facsimile

7  Paula Lehmann, WSBA #20678
   paulalehmann@dwt.com
8  Devin Smith, WSBA #42219
   devinsmith@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
10 929 108th Avenue NE, Suite 1500
   Bellevue, WA  98004-4786
11 (425) 646-6100 Telephone
   (425) 646-6199 Facsimile
12 Attorneys for Defendant Memorial

13             UNITED STATES DISTRICT COURT
14     EASTERN DISTRICT OF WASHINGTON AT YAKIMA

15 SYLVIA KELLER, DEBBIE SILLS, and
   SANDY GAYTAN, on behalf of
16 themselves and all others similarly situated,

17                                                No. _____
          Plaintiffs,
18                                                **VERIFICATION OF STATE
   v.                                             COURT RECORD**
19
20 VIRGINIA MASON MEDICAL CENTER,
   a Washington non-profit corporation doing
21 business as Virginia Mason Memorial,

22          Defendant.

23

VERIFICATION OF STATE COURT RECORD - 1
(No.: _____)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

1

2      I am counsel for Defendant Yakima Valley Memorial Hospital Association

3  d/b/a Virginia Mason Memorial ("Defendant" or "Memorial") in the above-

4  captioned action.  I hereby verify that the documents attached as **Exhibit A**

5  include true and complete copies of all the records and proceedings filed in the

6  state court action, Case No. 20-2-00170-39, in the Superior Court of Washington

7  for Yakima County.

8      DATED this 26th day of February, 2020.

9

10                                      Davis Wright Tremaine LLP
                                        Attorneys for Defendant Memorial

11
                                        By /s/ Kathryn Rosen
12                                         Kathryn Rosen, WSBA #29465
                                           John Hodges-Howell, WSBA #42151
13                                         920 Fifth Avenue, Suite 3300
                                           Seattle, WA  98104-1610
14                                         Telephone: 206-622-3150
                                           Fax: 206-757-7700
15                                         Email: katierosen@dwt.com
                                                  johnhodgeshowell@dwt.com
16
                                        By /s/ Devin M. Smith
17                                         Paula Lehmann, WSBA #20678
                                           Devin M. Smith, WSBA #42219
18                                         777 – 108th Avenue NE, Suite 2300
                                           Bellevue, WA 98004-5149
19                                         Phone: 425-646-6100
                                           Fax: 425-646-6199
20                                         Email: paulalehmann@dwt.com
                                                  devinsmith@dwt.com
21

22

23

VERIFICATION OF STATE COURT RECORD - 2
(No.: _____)
4818-5080-6707v.1 0107595-000032

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

# CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Toby J. Marshall
Erika R. Nusser
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA  98103
tmarshall@terrellmarshall.com
enusser@terrellmarshall.com

Carson Flora
CARSON FLORA, ATTORNEY AT LAW
15 S. Grady Way, Suite 200
Renton, WA  98057-3739
carsonf@seiu1199nw.org

DATED this 26th day of February, 2020.

_____
Susan Bright

VERIFICATION OF STATE COURT RECORD - 3
(No.: _____)
4818-5080-6707v.1 0107595-000032

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax